UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                   **DECISION AND ORDER**
                                           19-CR-170-A

RAEJAH BLACKWELL,

                Defendant.

      The defendant, Raejah Blackwell, is charged in a Second Superseding Indictment with two counts of obstruction of justice in a federal grand jury investigation in violation of 18 U.S.C. §§ 1512(c)(2) and one count of making false declarations under oath in a proceeding before a federal grand jury in violation of 18 U.S.C. §§ 1623(a).  The case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.

      On December 3, 2020, the Magistrate Judge filed a Report, Recommendation and Order (Dkt. No. 134) that recommends that defendant Blackwell's motion to suppress oral statements (Dkt. No. 98) be denied as moot.  No objections to the Report and Recommendation were filed, and the Report and Recommendation was therefore deemed submitted.

      Upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the Report and Recommendation, it is

**ORDERED** that defendant Blackwell's motion to suppress statements (Dkt. No. 98) is denied for the reasons stated in the Report and Recommendation (Dkt. No. 134).

**IT IS SO ORDERED.**

                                                *s/Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT COURT

Dated:   February 21, 2021